UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CORINA CAMACHO, Individually and on behalf of G.M, a Minor, et al.,**<br><br>      **Plaintiffs,**<br><br>  **v.**<br><br>**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, et al.,**<br><br>      **Defendants.** | Case No.: 22-cv-00048 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF SCHNEIDER ELECTRIC USA, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Corina Camacho, G.M., Tanisha Rodriguez, G.R., and Selena Sanchez, D.J. (collectively "Plaintiffs") provide notice that all claims previously asserted by Plaintiffs against Schneider Electric USA, Inc. ("Schneider") are voluntarily dismissed without prejudice. As of this filing, Schneider has not filed an answer or a motion for summary judgment in this action. Each party to bear its own costs, fees, and expenses.

| | |
|---|---|
| Dated: November 9, 2022 | **BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**<br><br>/s/ *Stephanie Sherman*<br>Stephanie Sherman<br>Texas State Bar No. 24006906<br>ssherman@baumhedlundlaw.com<br>Monique Alarcon (*Pro Hac Vice* to be filed)<br>California State Bar No. 311650<br>malarcon@baumhedlundlaw.com<br>10940 Wilshire Blvd., Suite 1600<br>Los Angeles, CA 90024<br>Telephone: (310) 207-3233<br>Facsimile: (310) 820-7444 |

2

**LAW OFICE OF SHAWN C. BROWN**
Shawn C. Brown
Texas State Bar No. 24003613
shawn@shawnbrownlaw.com
540 S. St. Mary's Street
San Antonio, TX 78205
Telephone: (210) 224-8200
Facsimile: (210) 224-8214

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing document was filed electronically on all counsel of record via CM/ECF on November 9, 2022.

/s/ *Stephanie Sherman*
**Stephanie Sherman**
