

December 20, 2022

**VIA U.S CERTIFIED MAIL ONLY**

United States District Court – Western District of Texas
U.S. District Clerk's Office
111 East Broadway, Room L100
Del Rio, Texas 78840

Re:  *Corina Camacho, et al. v. The U.C.I.S.D., et al.*
Case No.:  2:22-cv-00048-AM-CW

Dear District Clerk's Office:

Enclosed for filing is Plaintiffs' First Amended Complaint. Under the Court's Administrative Policies and Procedures for Electronic Filing, Section 5, this is being sent via mail for filing because new parties have been added. But please note, no defendants have been served yet in this matter. We look forward to receiving a conformed copy of the First Amended Complaint and the Summons on the First Amended Complaint.

Sincerely,

Stephanie Sherman, Esq.
BAUM HEDLUND ARISTEI & GOLDMAN, PC
ssherman@baumhedlundlaw.com

Enclosures:
1. Plaintiffs' First Amended Complaint

11111 Santa Monica Boulevard, Suite 1750, Los Angeles, CA 90025
100 Drakes Landing Rd, Bldg. 100B, Suite 160, Greenbrae, CA 94904  |  2101 L Street, N.W., Suite 800, Washington, D.C. 20037
(310) 207-3233  |  baumhedlundlaw.com  |  (202) 466-0513