IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| CORINA CAMACHO, Individually and on behalf of G.M., a Minor; TANISHA RODRIGUEZ, Individually and on behalf of G.R., a Minor; and SELENA SANCHEZ Individually and on behalf of D.J., a Minor; AMANDA ESCOBEDO, Individually and on behalf of A.T., a Minor and on behalf of A.E., a Minor; and ANGELICA TALLEY, Individually and on behalf of M.T., a Minor, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an Individual; THE CITY OF UVALDE; MARIANO PARGAS, an Individual; MANDY GUTIERREZ, an Individual; UVALDE COUNTY; SHERIFF RUBEN NOLASCO, an Individual; TEXAS DEPARTMENT OF PUBLIC SAFETY; DANIEL DEFENSE, LLC, a Limited Liability Company; OASIS OUTBACK, LLC, a Texas Limited Liability Company; FIREQUEST INTERNATIONAL, INC., an Arkansas Corporation; MOTOROLA SOLUTIONS, INC., a Delaware Corporation; JOHN DOE COMPANY I, and JOHN DOES 1-100, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | C.A. No. 2:22-cv-00048 |

## NOTICE OF APPEARANCE

Please take notice that, in addition to Clay T. Grover, Ricardo G. Cedillo, and Jonathan G. Brush, Dillon Breazeale of the law firm of Rogers, Morris & Grover, L.L.P.,

appears as additional counsel for Defendant Mandy Gutierrez. Mr. Grover remains as lead counsel.

        Respectfully submitted,

        ROGERS, MORRIS & GROVER, L.L.P.

        _____
        CLAY T. GROVER
        Attorney-in-Charge
        State Bar No. 08550280
        Fed. I.D. No. 15064
        cgover@rmgllp.com
        JONATHAN G. BRUSH
        State Bar No. 24045576
        Fed. I.D. No. 619970
        jbrush@rmgllp.com
        DILLON A. BREAZEALE
        State Bar No. 24131284
        Fed. I.D. No. 3805269
        dbreazeale@rmgllp.com
        5718 Westheimer, Suite 1200
        Houston, Texas 77057
        Telephone:   713/960-6000
        Facsimile:    713/960-6025

        DAVIS, CEDILLO & MENDOZA, INC.

        /s/ Ricardo G. Cedillo
        By Permission Clay T. Grover

        _____
        RICARDO G. CEDILLO
        State Bar No. 04043600
        rcedillo@lawdcm.com
        755 E. Mulberry Avenue, Suite 250
        San Antonio, Texas 78212
        Telephone:   210/822-6666

        ATTORNEYS FOR MANDY GUTIERREZ

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2023, a true and correct copy of the foregoing was served on counsel of record *via* the CM/ECF system.

**Stephanie Sherman**
ssherman@baumhedlundlaw.com
**Monique Alarcon** (Pro Hac Vice to be filed)
malarcon@baumhedlundlaw.com
**Shawn C. Brown**
shawn@shawnbrownlaw.com
*Attorneys for Plaintiffs*

_____
Counsel for Mandy Gutierrez