# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| CORINA CAMACHO, Individually and on behalf of G.M., a Minor; TANISHA RODRIGUEZ, Individually and on behalf of G.R., a Minor; and SELENA SANCHEZ Individually and on behalf of D.J., a Minor; AMANDA ESCOBEDO, Individually and on behalf of A.T., a Minor and on behalf of A.E., a Minor; and ANGELICA TALLEY, Individually and on behalf of M.T., a Minor,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an Individual; THE CITY OF UVALDE; MARIANO PARGAS, an Individual; MANDY GUTIERREZ, an Individual; UVALDE COUNTY; SHERIFF RUBEN NOLASCO, an Individual; TEXAS DEPARTMENT OF PUBLIC SAFETY; DANIEL DEFENSE, LLC, a Limited Liability Company; OASIS OUTBACK, LLC, a Texas Limited Liability Company; FIREQUEST INTERNATIONAL, INC., an Arkansas Corporation; MOTOROLA SOLUTIONS, INC., a Delaware Corporation; JOHN DOE COMPANY I, and JOHN DOES 1-100,<br><br>*Defendants*. | Case No. 2:22-cv-00048-AM-CW |

## JOINT STIPULATION OF DISMISSAL OF MANDY GUTIERREZ AS A PARTY AND ALL CLAIMS AGAINST HER WITHOUT PREJUDICE

Corina Camacho, individually and on behalf of G.M., a minor; Tanisha Rodriguez, individually and on behalf of G.R., a minor; Selena Sanchez, individually and on behalf of D.J., a minor; Amanda Escobedo, individually and on behalf of A.T., a minor, and on behalf of A.E., a minor; and Angelica Talley, individually and on behalf of M.T., a minor, (collectively Plaintiffs) and Defendant Mandy Gutierrez (collectively, the Parties) file this Joint Stipulation of Dismissal without Prejudice of Mandy Gutierrez, as a party, from this suit, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Because Gutierrez has appeared in this case, such dismissal must be accompanied by a stipulation of both parties. Both parties agree that dismissal without prejudice of Plaintiffs' claims against Mandy Gutierrez is appropriate, as evidenced by the signatures of undersigned counsel below. The Parties further agree to pay their own fees and costs.

DATED: January 24, 2023

Respectfully Submitted,

| | |
|---|---|
| **BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.** | **ROGERS, MORRIS & GROVER, L.L.P.** |
| _____ | _____ |
| Stephanie Sherman | CLAY T. GROVER |
| Texas State Bar No. 24006906 | Attorney-in-Charge |
| ssherman@baumhedlundlaw.com | Texas State Bar No. 08550280 |
| Monique Alarcon (*Pro Hac Vice*) | Fed. I.D. No. 15064 |
| California State Bar No. 311650 | cgrover@rmgllp.com |
| malarcon@baumhedlundlaw.com | JONATHAN G. BRUSH |
| 11111 Santa Monia Boulevard, Suite 1750 | Texas State Bar No. 24045576 |
| Los Angeles, CA 90025 | Fed. I.D. No. 619970 |
| Telephone:   310/207-3233 | jbrush@rmgllp.com |
| Facsimile:    310/820-7444 | DILLON A. BREAZEALE |

**LAW OFFICE OF SHAWN C. BROWN**

Shawn C. Brown
Texas State Bar No. 24003613
shawn@shawnbrownlaw.com
540 S. St. Mary's Street
San Antonio, TX 78205
Telephone: 210/224-8200
Facsimile: 210/224-8214

ATTORNEYS FOR PLAINTIFFS

Texas State Bar No. 24131284
Fed. I.D. No. 3805269
dbreazeale@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

**DAVIS, CEDILLO & MENDOZA, INC.**

*/s/ Ricardo G. Cedillo*
By Permission Clay T. Grover

_____
RICARDO G. CEDILLO
State Bar No. 04043600
rcedillo@lawdcm.com
755 E. Mulberry Avenue, Suite 250
San Antonio, Texas 78212
Telephone: 210/822-6666

ATTORNEYS FOR MANDY GUTIERREZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2023, a true and correct copy of the foregoing document was forward to all counsel of record pursuant to the Federal Rules of Civil Procedure.

>                        */s/ Stephanie Sherman*_____
>                        **Stephanie Sherman**