UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| **CORINA CAMACHO, Individually and on behalf of G.M., a Minor; TANISHA RODRIGUEZ, Individually and on behalf of G.R., a Minor; and SELENA SANCHEZ, Individually and on behalf of D.J., a Minor.; AMANDA ESCOBEDO, Individually and on behalf of A.T., a Minor and on behalf of A.E., a Minor; and ANGELICA TALLEY, Individually and on behalf of M.T., a Minor.**<br><br>                                  **Plaintiffs,**<br><br>        v.<br><br>**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; PEDRO "PETE" ARREDONDO, an Individual; THE CITY OF UVALDE; MARIANO PARGAS, an Individual; MANDY GUTIERREZ, an Individual; UVALDE COUNTY; SHERIFF RUBEN NOLASCO, an Individual; TEXAS DEPARTMENT OF PUBLIC SAFETY; DANIEL DEFENSE, LLC, a Limited Liability Company; OASIS OUTBACK, LLC, a Texas Limited Liability Company; FIREQUEST INTERNATIONAL, INC., an Arkansas Corporation; MOTOROLA SOLUTIONS, INC., a Delaware Corporation; JOHN DOE COMPANY 1, and JOHN DOES 1-100**<br><br>                                  **Defendants.** | Case No. 2:22-cv-00048-AM-CW |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Corina Camacho, Individually and on behalf of G.M., a Minor; Tanisha Rodriguez, Individually and on behalf of G.R., a Minor; Selena Sanchez, Individually and on behalf of D.J., a Minor; Amanda Escobedo, Individually and on behalf of A.T., a Minor and A.E., a Minor; and Angelica Talley, Individually

and on behalf of M.T., a Minor (collectively "Plaintiffs") provide notice that all claims previously asserted by Plaintiffs against Defendants The Uvalde Consolidated Independent School District; Pedro "Pete" Arredondo, an Individual; The City of Uvalde; Mariano Pargas, an Individual; Mandy Gutierrez, an Individual; Uvalde County; Sheriff Ruben Nolasco, an Individual; Texas Department of Public Safety; Daniel Defense, LLC, a Limited Liability Company; Oasis Outback, LLC, a Texas Limited Liability Company; Firequest International, Inc., an Arkansas Corporation; and Motorola Solutions, Inc., a Delaware Corporation are all individually and voluntarily dismissed without prejudice. As of this filing, Defendants have not filed an answer or a motion for summary judgment in this action. Each party to bear its own costs, fees, and expenses.

Dated:  February 2, 2023

**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**

/s/ *Stephanie Sherman*
Stephanie Sherman
Texas State Bar No. 24006906
ssherman@baumhedlundlaw.com
Monique Alarcon (*Pro Hac Vice*)
California State Bar No. 311650
malarcon@baumhedlundlaw.com
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

**LAW OFICE OF SHAWN C. BROWN**
Shawn C. Brown
Texas State Bar No. 24003613
shawn@shawnbrownlaw.com
540 S. St. Mary's Street
San Antonio, TX 78205
Telephone: (210) 224-8200
Facsimile: (210) 224-8214

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February 2023, a true and correct copy of the foregoing document was forward to all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Stephanie Sherman*
**Stephanie Sherman**