**FILED**

MAR 27 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| CORINA CAMACHO, ET AL., § | |
| 　　Plaintiffs, § | |
| § | Civil Action No. |
| v. § | DR-22-CV-048-AM |
| § | |
| THE UVALDE CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| ET AL., § | |
| 　　Defendants. § | |

### ORDER

On February 2, 2023, the Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice of Defendants. (ECF No. 21.) In the notice, the Plaintiffs indicate they wish to dismiss all claims against all the Defendants without prejudice.

Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure states that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).

Because the Plaintiffs' notice complies with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own attorney's fees and costs. It is further **ORDERED** that a clerk's judgment shall be entered, terminating the present cause of action and any pending motions.

SIGNED and ENTERED on this 27th day of March 2024.

_____
ALIA MOSES
Chief United States District Judge